IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| EUGENE SHOPE, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:08cv95 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| MICHAEL J. ASTRUE, Commissioner of | |
| Social Secuirty, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on June 19, 2009 (Doc. 31), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 9, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, pursuant to the stipulation of the parties (Doc. 30), Plaintiff's application for payment of attorney fees pursuant to the Equal Access to Justice Act (Doc. 29) is **GRANTED.** Plaintiff will be awarded attorney fees and costs in the amount of $5,000 pursuant to the EAJA and made payable directly to Plaintiff's attorney, Paulette F. Balin.

IT IS SO ORDERED.

                                                                      ___s/Susan J. Dlott_____
                                                                       Chief Judge Susan J. Dlott
                                                                       United States District Court